Kevin Hahn, #024277
MALCOLM ♦ CISNEROS. A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
*kevin@mclaw.org*

Attorneys for Movant
ONEWEST BANK FSB.,
and its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>BENNY LELAND COTTER and JUDY WEBSTER COTTER,<br><br>Debtors,<br><br>ONEWEST BANK FSB., and its successors and/or assignees,<br><br>Movant,<br>vs.<br><br>BENNY LELAND COTTER and JUDY WEBSTER COTTER, Debtors, and , Trustee,<br><br>Respondents. | Chapter 11<br><br>Case No. 2:09-bk-23475-SSC<br><br>**NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE RESPONSE**<br><br>[Re: 5264 EAST DELTA AVENUE, MESA, AZ 85206] |

**NOTICE IS GIVEN** that the above Movant has filed a Motion requesting relief from the automatic stay, concerning the following:

Real Property generally described as 5264 EAST DELTA AVENUE, MESA, AZ 85206 ("Property" herein)

FUTHER NOTICE IS GIVEN that pursuant to Local Bankruptcy Rule 4001 if no written objection is filed with the Court and a copy served on Movant WITHIN 15 DAYS of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing.

///

///

Any written objection must be served on Movant at the address below:

    Kevin Hahn, Esquire, Bar No. 024277
    2112 Business Center Drive
    Second Floor
    Irvine, California 92612

DATED: November 9, 2009          /s/ Kevin Hahn, #024277
                                               Kevin Hahn, Esq.