Kevin Hahn, #024277
MALCOLM ♦ CISNEROS. A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
*kevin@mclaw.org*

Attorneys for Movant
ONEWEST BANK FSB.,
and its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BENNY LELAND COTTER and JUDY WEBSTER COTTER, | Case No. 2:09-bk-23475-SSC |
| Debtors, | **CERTIFICATE OF MAILING** |
| ONEWEST BANK FSB., and its successors and/or assignees, | |
| Movant, | |
| vs. | |
| BENNY LELAND COTTER and JUDY WEBSTER COTTER, Debtors, and , Trustee, | |
| Respondents. | |

PLEASE TAKE NOTICE that a Notice of Appearance and Request for Notice, Motion For Relief From the Automatic Stay, Notice of Filing Motion for Relief From the Automatic Stay and Requirement to File Response, Proposed Order Lifting Stay, and Certificate of Mailing were mailed via U.S. MAIL, with first class postage thereon, to all the parties on the attached Service List.

///

///

///

DATED this November 9, 2009.

**MALCOLM ♦ CISNEROS,** A Law Corporation

/s/ Kevin Hahn, #024277
Kevin Hahn, Esq.
Attorney for Movant

A copy of the instrument has been furnished via U.S. MAIL, this November 9, 2009, to:

**<u>DEBTORS</u>**
BENNY LELAND COTTER and JUDY WEBSTER COTTER
3834 E. CLOVIS AVENUE
MESA, AZ 85206

**<u>DEBTORS' ATTORNEY</u>**
WILLIAM R. RICHARDSON
RICHARDSON & RICHARDSON, P.C.
1745 S. ALMA SCHOOL ROAD, SUITE 100
MESA, AZ 85210-3010

**<u>U.S. TRUSTEE</u>**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

**<u>20 LARGEST CREDITORS</u>**
AMERICA SERVICING COMPANY
P.O. BOX 10328
DES MOINES IA 50306

BANK OF AMERICA
BAC HOME LOAN SERVICING
P.O. BOX 5170
SIMI VALLEY CA 93062

BANK OF AMERICA
P.O. BOX 15026
WILMINGTON DE 19850-5026

///
///

| | |
|---|---|
| 1 | CHASE BANK |
| | P.O. BOX 15298 |
| 2 | WILMINGTON DE 19850 |
| 3 | |
| 4 | CITIMORTGAGE INC. |
| | P.O. BOX 9438 |
| 5 | GAITHERSBURG MD 20898 |
| 6 | |
| 7 | EMC MORTGAGE CORP |
| | CUSTOMER SERVICE |
| 8 | P.O. BOX 293150 |
| 9 | LEWISVILLE TX 75029 |
| 10 | GMAC MORTGAGE |
| | P.O. BOX 4622 |
| 11 | WATERLOO IA 50704-4622 |
| 12 | |
| 13 | HOME DEPOT |
| | P.O. BOX 689100 |
| 14 | DES MOINES IA 50368 |
| 15 | |
| 16 | INDYMAC FEDERAL BANK |
| | P.O. BOX 4045 |
| 17 | KALAMAZOO MI 49003 |
| 18 | |
| 19 | MOR FURNITURE |
| | 8996 MIRAMAR ROAD, #300 |
| 20 | SAN DIEGO CA 92126 |
| 21 | |
| 22 | OCWEN LOAN SERVICING |
| | P.O. BOX 785057 |
| 23 | ORLANDO FL 32878 |
| 24 | |
| 25 | PINAL COUNTY TREASURER |
| | P.O. BOX 729 |
| 26 | FLORENCE AZ 85132 |
| 27 | /// |
| 28 | /// |

SALLY ESELGROTH
3105 N. SALIDA DEL SOL
CHANDLER AZ 85224

US BANK HOME MORTGAGE
P.O. BOX 20005
OWENSBORO KY 42304

WELLS FARGO HOME MORTGAGE
P.O. BOX 10335
DES MOINES IA 50306

By */s / Victoria Gutierrez*