# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28683

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-23475-SSC |
| Benny Leland Cotter and Judy Webster Cotter | Chapter 11 |
| Debtors. | OBJECTION TO CHAPTER 11 PLAN AND DISCLOSURE STATEMENT |
| CitiMortgage, Inc. | |
| Movant, vs. | |
| Benny Leland Cotter and Judy Webster Cotter, Debtors; U.S. Trustee-PHX, Trustee. | |
| Respondents. | |

CitiMortgage, Inc., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 11 Plan and Disclosure Statement ("Plan") filed by the Debtors. This Objection is supported by the following Memorandum

…

of Points and Authorities.

Dated this 8th day of April, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

By /s/ MSB #010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

**MEMORANDUM OF POINTS AND AUTHORITIES**

CitiMortgage, Inc., "Secured Creditor" files this objection to the proposed "Plan" of the Debtors. The "Plan" provides for an impermissible modification of CitiMortgage, Inc.'s lien interest on the real property commonly known as 2454 S Nielson St, Gilbert AZ 85296 and legally described as follows:

> LOT 11, OF THE SPECTRUM AT VAL VISTA-PHASE 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE FO THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 573 OF MAPS, PAGE 37.

Further, Secured Creditor objects to the proposed sale terms as provided in Debtors' "Plan" to the potential future sale of the property. In the instant, Debtors' cannot provide any escrow documents to assure Movant that the future sale of the property will provide a complete and full payoff of principal, interest, late charges, attorneys' fees and costs, and such other costs, including but not limited to, advances made by beneficiary for taxes and insurance, if applicable, good through the date the loan is paid off. Nor can the Debtors' provide evidence of the property value over a five year period. Currently, Secured Creditor is 100% secured and cannot agree in the present what the property status could be in the future. At such time as Debtors can provide Secured Creditor with documentation which indicates a full payoff of principal, interest, late charges, attorneys' fees and costs, and such other costs, including but not limited to, advances made by beneficiary for taxes and insurance, if applicable, good through the date the loan is paid off, Secured Creditor will re-evaluate their position at that time.

Because the proposed "Plan" attempts to modify Secured Creditor's claim without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

Dated this 8th day of April, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

By /s/ MSB #010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

COPY of the foregoing mailed this
Dated this 8th day of April, 2010 to:

Benny Leland Cotter and Judy Webster Cotter
3834 E. Clovis Avenue
Mesa, AZ 85206
Debtors

William R. Richardson
1745 South Alma School Rd. Suite 100
Mesa, AZ 85210-3010
Attorney for Debtors

U.S. Trustee-PHX
230 North First Avenue Suite 204
Phoenix, AZ 85003
Trustee

America Servicing Company
P.O. Box 10328
Des Moines IA 50306

| | |
|---|---|
| 1 | Bank Of America<br>BAC Home Loan Servicing<br>P.O. Box 5170<br>Simi Valley CA 93062 |
| 2 | |
| 3 | |
| 4 | Bank Of America<br>P.O. Box 15026<br>Wilmington De 19850-5026 |
| 5 | |
| 6 | Chase Bank<br>P.O. Box 15298<br>Wilmington DE 19850 |
| 7 | |
| 8 | Citimortgage Inc.<br>P.O. Box 9438<br>Gaithersburg MD 20898 |
| 9 | |
| 10 | Emc Mortgage Corp<br>Customer Service<br>P.O. Box 293150<br>Lewisville TX 75029 |
| 11 | |
| 12 | |
| 13 | GMAC Mortgage<br>P.O. Box 4622<br>Waterloo IA 50704-4622 |
| 14 | |
| 15 | Home Depot<br>P.O. Box 689100<br>Des Moines IA 50368 |
| 16 | |
| 17 | |
| 18 | Indymac Federal Bank<br>P.O. Box 4045<br>Kalamazoo MI 49003 |
| 19 | |
| 20 | Mor Furniture<br>8996 Miramar Road, #300<br>San Diego CA 92126 |
| 21 | |
| 22 | Ocwen Loan Servicing<br>P.O. Box 785057<br>Orlando FL 32878 |
| 23 | |
| 24 | Pinal County Treasurer<br>P.O. Box 729<br>Florence AZ85132 |
| 25 | |
| 26 | |

Sally Eselgroth
3105 N. Salida Del Sol
Chandler AZ 85224

US Bank Home Mortgage
P.O. Box 20005
Owensboro KY 42304

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines IA 50306

By: <u>Nicole E. Harrison</u>